454 A.2d 171

Commonwealth v. Bey, Appellant.

Argued November 18, 1981.   Ronald M. McCaskill, for appellant;  Alan Sacks, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, MONTEMURO and HOFFMAN, JJ.

The judgment of sentence of the learned Philadelphia County Common Pleas Court Judge Theodore B. Smith, Jr. is affirmed.

454 A.2d 171

Commonwealth v. Clutter, Appellant.

Submitted June 21, 1982.   Kevin Lee Sanders, for appellant; Ray Frank Gricar, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, McEWEN and LIPEZ, JJ.

Judgment of sentence affirmed.